NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEAN AIR ENGINEERING MARITIME, INC.,**
*Plaintiff-Appellee*

**v.**

**ADVANCED CLEANUP TECHNOLOGIES, INC.,
ADVANCED ENVIRONMENTAL GROUP, LLC,**
*Defendants-Appellants*

---

2015-1546

---

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-08669-JAK-VBK, Judge John A. Kronstadt.

---

**JUDGMENT**

---

MIEKE K. MALMBERG, Glaser, Weil, Fink, Jacobs, Howard, Avchen & Shapiro LLP, Los Angeles, CA, argued for plaintiff-appellee. Also represented by ADRIAN MARY PRUETZ, DAN LIU.

STEVEN ERICK LAURIDSEN, Tucker Ellis LLP, Los Angeles, CA, argued for defendants-appellants. Also represented by HOWARD ALAN KROLL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 12, 2016         /s/ Daniel E. O'Toole
Date           Daniel E. O'Toole
          Clerk of Court